[No. 38844-8-II. Division Two. September 9, 2009.]

JOYCE TASKER, *Appellant*, v. THE DEPARTMENT OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-01337-2, Gary R. Tabor, J., entered July 18, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Lau, JJ.

[No. 26747-4-III. Division Three. September 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY CHARLES ISAACS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 06-1-02648-4, James P. Hutton, J., entered December 13, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 27027-1-III. Division Three. September 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVE K. PARKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 04-1-00199-1, Robert L. Zagelow, J., entered March 25, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 27366-1-III. Division Three. September 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL G. MAHAFFY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00982-0, Robert D. Austin, J., entered August 28, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ.